JOHN GEORGE EBERHARDT, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Eberhardt* v. *Metropolitan Street Ry. Co.*, 69 App. Div. 560, 620, affirmed. (Submitted March 6, 1903; decided March 24, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1902, modifying and affirming as modified a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*Stephen C. Baldwin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.

---

MELLE S. T. WERNER, Respondent, *v.* WILLIAM R. HEARST, Appellant.

Reported below, 76 App. Div. 375.
(Argued March 16, 1903; decided March 24, 1903.)

MOTION to dismiss an appeal by permission from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the motion papers upon which leave to appeal was granted were defective; that there is no question raised by exception which the Court of Appeals has jurisdiction to consider or which is not frivolous.

*Roger M. Sherman* for motion.

*David B. Hill* opposed.

Motion denied, with ten dollars costs.